*Jennifer Lowrance, CSR*
*Official Court Reporter*
*7th District Court*
*Smith County Courthouse*
*100 North Broadway, Room 222*
*Tyler, Texas 75702*
*(903)590-1647*

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

10/22/2015 2:54:30 PM

PAM ESTES
Clerk

\* \* \* \* \* \* \*

October 22, 2015

Court of Appeals
Twelfth Court of Appeals District
1517 West Front Street
Tyler, Texas 75702


RE:  Court of Appeals Number:  12-15-00244-CV

Trial Court Case Number:  15-0053-C/A
Style:       Chaley McCain
             v.
             Larry S. Lott dba Larry Lott Interiors


There were no formal hearings held in this case; no reporter's record exists.


                              Very Truly Yours,

                              *Jennifer Lowrance*

                              Jennifer Lowrance, CSR
                              Official Court Reporter
                              7th District Court